IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALLARD SHAWN,

        Petitioner,               No. CIV S-11-2107 GGH P

   vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner challenges the loss of credits while incarcerated. Petitioner states that four separate violations resulted in the loss of 210 days. However, other than stating he lost 210 days, petitioner provides no information concerning the underlying events or disciplinary hearing that led to the loss of credits. Petitioner has not provided sufficient information to warrant serving this petition.

        The petition will be dismissed, and petitioner will be granted 28 days to file an amended petition to discuss why he feels the 210 days of lost credit were incorrectly assessed. Failure to file an amended petition will result in a recommendation that this action be dismissed.

////

1

In accordance with the above, IT IS HEREBY ORDERED that the petition will be dismissed, and petitioner will be granted 28 days to file an amended petition. Failure to file an amended petition will result in a recommendation that this action be dismissed.

DATED: September 19, 2011

       /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
shaw2107.100fee